**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD GUTIERREZ,**<br>          **Petitioner,**<br>     **v.**<br>**C. GIBSON, Warden, and LOPEZ, Former Warden,**<br>          **Respondents.** _____/ | **No. C-11-4740 TEH (PR)**<br><br>**ORDER FOR RESPONDENTS TO FILE ANSWER** |

On September 19, 2011, Petitioner, an inmate housed at Corcoran State Prison, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from the Santa Clara County superior court. Doc. #1. On April 9, 2012, the Court issued an Order to Show Cause for Respondents to file, within sixty days from the date of the Order, an answer showing cause why a writ of habeas corpus should not be granted. Doc. #4. The Order indicated that, in lieu of an answer, Respondents could file a motion to dismiss on procedural grounds. On June 1, 2012, Respondents filed a motion to dismiss and, on June 29, 2012, Petitioner filed an opposition. On July 5, 2012, Respondents withdrew their motion to dismiss. In the last sentence of their withdrawal, Respondents requested sixty additional days to file an answer to the petition.

Sixty days have passed and Respondents have not filed their answer. Although they requested additional time in their notice of dismissal, they never filed a motion for an extension of time. Therefore, the answer is overdue. Accordingly, within two weeks from the date of this order, Respondents shall file their answer. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED *09/17/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Gutierrez 11-4740 OrdBrfg.wpd

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28