IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD GUTIERREZ,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**C. GIBSON, WARDEN,**<br><br>　　　　　　　　　　　Respondent. | Case No. C -11-4740 TEH (PR)<br><br>[~~PROPOSED~~] **ORDER** |

　　GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until December 1, 2012, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of his receipt of the answer.

Dated: _____11/06/2012_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

1