IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GUTIERREZ,<br>      Petitioner,<br>    v.<br>C. GIBSON, Warden, and LOPEZ, Former Warden,<br>      Respondents. | No. C-11-4740 TEH (PR)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE AND ORDERING RESPONDENTS TO PROVIDE EXHIBITS TO PETITIONER |

On September 19, 2011, Petitioner Edward Gutierrez, an inmate housed at Corcoran State Prison, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from the Santa Clara County superior court. Doc. #1. On April 9, 2012, the Court issued an Order to Show Cause for Respondents to file an answer showing why a writ of habeas corpus should not be granted. Doc. #4. On December 3, 2012, Respondents filed their answer and a motion to file the exhibits submitted with their answer under seal. Docket #25. The Court granted the motion to file the exhibits under seal. Docket #26.

On December 26, 2012, Petitioner filed the instant motion for a sixty-day extension of time to file his traverse.  Doc. #28. He states that, although he received Respondents' answer to the Order to Show Cause, he did not receive copies of exhibits A through E that Respondents indicate are attached to their answer and that he has requested these documents from them.

The Court notes that Respondents may not have sent Petitioner exhibits A through E because they are filed under seal. In their motion to seal these exhibits, Respondents indicated that they were under seal at the state court and that the state court allowed Respondents to have these documents on the condition that they remain under seal.

Even though these exhibits are under seal so that the public may not see them, Petitioner must have access to the relevant information in them in order to respond effectively to Respondents' answer to his petition.  Therefore, Respondents shall provide to Petitioner copies of these documents, or redacted copies of these documents, within two weeks from the date of this Order.  If Respondents feel that they cannot provide to Petitioner even redacted copies of these documents, within one week from the date of this Order, they must file a declaration indicating the reasons they cannot do so and their thoughts on how Petitioner may fairly respond to their answer without access to the relevant information in these documents.

Therefore, Petitioner's motion is granted; he shall have an additional sixty days from the date of this Order in which to

2

file his traverse.

    IT IS SO ORDERED.

DATED    *01/09/2013*

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\HC.11\Gutierrez 11-4740 EOT.wpd