IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD GUTIERREZ,** | No. C-11-4740 TEH (PR) |
| Petitioner, | ORDER FOR RESPONDENTS TO RESPOND TO PETITIONER'S REQUESTS FOR EXHIBITS AND VACATING DATE FOR PETITIONER'S TRAVERSE |
| v. | |
| **C. GIBSON, Warden, and LOPEZ, Former Warden,** | |
| Respondents. | |

On September 19, 2011, Petitioner Edward Gutierrez, an inmate housed at Corcoran State Prison, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from the Santa Clara County superior court. Doc. #1. On April 9, 2012, the Court issued an Order to Show Cause for Respondents to file an answer showing why a writ of habeas corpus should not be granted. Doc. #4. On December 3, 2012, Respondents filed their answer and a motion to file some of the exhibits submitted with their answer under seal. Doc. #25. The Court granted the motion to file the exhibits under seal. Doc. #26.

Since that time Petitioner has filed several documents indicating that he has not received the exhibits Respondents filed with their answer. See Doc. #27 (Petitioner's December 14, 2012 Letter that he did not receive exhibits); Doc. #32 (Petitioner's

January 22, 2013 Notice that he did not receive exhibits). On January 22, 2013, the Court issued an Order Granting Petitioner an extension of time to file his traverse and ordering Respondents to provide exhibits to Petitioner.

On February 22, 2013, Petitioner filed the instant motion requesting additional time to file his traverse because he still has not received exhibits from Respondents. He attaches a list of the exhibits he has not received.

Accordingly, the Court ORDERS Respondents, within two weeks from the date of this Order, to file with the Court and to serve on Petitioner a response to Petitioner's requests for documents.

The Court vacates the filing date for Petitioner's traverse. The Court will set a new date for the traverse after it reviews Respondents' response to Petitioner's requests for documents.

IT IS SO ORDERED.

DATED  *03/18/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Gutierrez 11-4740 Brfg fm Resp.wpd

2