United States District Court
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    EDWARD GUTIERREZ,                    No. C-11-4740 TEH (PR)

8                    Petitioner,          ORDER FOR RESPONDENTS TO
                                          RESPOND TO PETITIONER'S
9            v.                           REQUESTS FOR EXHIBITS AND
                                          VACATING DATE FOR PETITIONER'S
10   C. GIBSON, Warden, and LOPEZ,        TRAVERSE
     Former Warden,

11

12                   Respondents.
                                    /

13

14           On September 19, 2011, Petitioner Edward Gutierrez, an

15   inmate housed at Corcoran State Prison, filed a petition for a writ

16   of habeas corpus under 28 U.S.C. § 2254 challenging a judgment of

17   conviction from the Santa Clara County superior court.  Doc. #1.  On

18   April 9, 2012, the Court issued an Order to Show Cause for

19   Respondents to file an answer showing why a writ of habeas corpus

20   should not be granted.  Doc. #4.  On December 3, 2012, Respondents

21   filed their answer and a motion to file some of the exhibits

22   submitted with their answer under seal.  Doc. #25.  The Court

23   granted the motion to file the exhibits under seal.  Doc. #26.

24           Since that time Petitioner has filed several documents

25   indicating that he has not received the exhibits Respondents filed

26   with their answer.  See Doc. #27 (Petitioner's December 14, 2012

27   Letter that he did not receive exhibits); Doc. #32 (Petitioner's

28

1  January 22, 2013 Notice that he did not receive exhibits).  On

2  January 22, 2013, the Court issued an Order Granting Petitioner an

3  extension of time to file his traverse and ordering Respondents to

4  provide exhibits to Petitioner.

5          On February 22, 2013, Petitioner filed the instant motion

6  requesting additional time to file his traverse because he still has

7  not received exhibits from Respondents.  He attaches a list of the

8  exhibits he has not received.

9          Accordingly, the Court ORDERS Respondents, within two

10 weeks from the date of this Order, to file with the Court and to

11 serve on Petitioner a response to Petitioner's requests for

12 documents.

13         The Court vacates the filing date for Petitioner's

14 traverse.  The Court will set a new date for the traverse after it

15 reviews Respondents' response to Petitioner's requests for

16 documents.

17    IT IS SO ORDERED.

18

19 DATED    _03/18/2013_         _____

20                              THELTON E. HENDERSON
                                United States District Judge

21

22

23

24 G:\PRO-SE\TEH\HC.11\Gutierrez 11-4740 Brfg fm Resp.wpd

25

26

27

28                               2