IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GUTIERREZ, | No. C-11-4740 TEH (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUESTS FOR EXTENSION OF TIME AND TO FILE OVERSIZE BRIEF; DENYING REQUEST FOR EXHIBITS AS MOOT |
| v. | |
| C. GIBSON, Warden, | |
| Respondent. | Docket nos. 35 and 37 |

On September 19, 2011, Petitioner Edward Gutierrez, an inmate housed at Corcoran State Prison, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from the Santa Clara County superior court. Doc. #1. On April 9, 2012, the Court issued an Order to Show Cause for Respondent to file an answer showing why a writ of habeas corpus should not be granted. Doc. #4. On December 3, 2012, Respondent filed her answer. Doc. #23. On February 22, 2013, Petitioner filed a motion for extension of time to file a traverse and moved the Court to order Respondent to send him exhibits. Doc. #35. On April 1, 2013, Petitioner filed his traverse together with an application

to file an oversize brief. Doc. #37. On April 3, 2013, Respondent filed a document indicating she had sent Petitioner all exhibits. Doc. #39. On May 17, 2013, Petitioner filed a letter indicating that he had received the exhibits, he had read them and did not wish to amend his traverse. Doc. #40.

Good cause appearing, the Court grants Petitioner's motion for an extension of time to file his traverse and his application to file an oversize brief. Petitioner's motion for Respondent to send him exhibits is denied as moot. The Court will address the merits of the petition in a separate order. This Order terminates docket ## 35 and 37.

IT IS SO ORDERED.

DATED  *08/21/2013*

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\HC.11\Gutierrez 11-4740 EOT.Exhs.Oversize Brf .wpd